**EXHIBIT 2**



# FAA 141 PPC

# TRAINING COURSE OUTLINE & SYLLABUS


1. MANUAL ADMINISTRATION ........................................................................................................4
   1.1. Revision ..........................................................................................................................4
   1.2. Summary of Revision ....................................................................................................4
   1.3. LIST OF EFFECTIVE PAGES ............................................................................................4
2. ORGANIZATION AND FACILITIES ...............................................................................................5
   2.1. Company Details ...........................................................................................................5
   2.2. Course Title ...................................................................................................................5
   2.3. Student Eligibility .........................................................................................................5
   2.4. TCO Curriculum Requirements ....................................................................................5
   2.5. COMPLETION STANDARDS ...........................................................................................5
   2.6. Unsatisfactory Performance ........................................................................................6
   2.7. Operations Manual ......................................................................................................6
   2.8. Operations Administration ..........................................................................................6
   2.9 Ground Training Facilities ..............................................................................................6
   2.10. Flight Training Devices ................................................................................................8
   2.11. Training Devices and Equipment Assignments ..........................................................8
3. OPERATIONAL AERODROMES .................................................................................................9
   3.1. Primary Operations – Falcon Field (KFFZ) ..................................................................9
   3.2. TRAINING AIRPORTS ....................................................................................................9
4. PERSONNEL ...........................................................................................................................10
   4.1. CHIEF INSTRUCTOR .....................................................................................................10
   4.2. ASSISTANT CHIEF INSTRUCTOR ..................................................................................10
   4.3. CHECK INSTRUCTORS ..................................................................................................10
   4.4. FLIGHT INSTRUCTORS ..................................................................................................10
5. TRAINING COURSE OUTLINE .................................................................................................11
   5.1. PPC SINGLE-ENGINE TIME ALLOCATION TABLE: ........................................................11
6. TRAINING DELIVERY ..............................................................................................................12
   6.1. Lesson Completion & Stage Checks ...........................................................................12
   6.2. Flight Training Syllabus Stages ...................................................................................12
   6.3. Pre-Solo Written Examination ...................................................................................12
   6.4. Grading Standards ......................................................................................................13
   6.5. Training Records .........................................................................................................13
   6.6. FACILITATED DEBRIEFINGS .........................................................................................14
7. Stage One Objective – Initial competency and proficiency ...................................................15
8. STAGE TWO OBJECTIVE —Training up to Solo and Solo Cross-Country ................................31
9. STAGE THREE OBJECTIVE .......................................................................................................39
10. APP-1 APPENDIX 1 ...............................................................................................................52

# 1.   MANUAL ADMINISTRATION

The Training Course Outline is issued by CAE Oxford Aviation Academy Phoenix Inc. under the authority of Chief Instructor, Kyle Stephen Portela. Content in this manual serves as compliance with 14 CFR 141 and must be approved by the Federal Aviation Administration (FAA) Flight Standards District Office (FSDO).

When the amendment or revision concerns any part of this manual must be approved by the authority, including any changes or additions to training programs and syllabi, this approval must be obtained before the amendment or the revision becomes effective.

## 1.1.   Revision

A revision to the Training Course Outline will be published when content changes due to the following:

   a.   The changes are of a temporary nature; or,
   b.   The changes are required immediately, in advance of a standard revision.

Revisions contain valuable information that affect the training plan. Each Revision page indicates the chapter, the title, the page number, and the effective date.

All Revisions are subject to specific approval of the FAA. Any changes contained in a Revision shall not be implemented until such approval has been obtained.

## 1.2.   Summary of Revision

This list reflects the most significant changes in this revision. In addition to the changes indicated below, additional formatting, spelling and grammatical changes may have been made.

| Page(s) | Summary Change | Date |
|---------|----------------|------|
| ALL | Revision 0 - Original | 24 July 2019 |
| 8 and 10 | Revision 1- added Frasca RTD to 2.10, added assistant chief to 4.2 | 19 May 2021 |

## 1.3.   LIST OF EFFECTIVE PAGES

Revision effective date is based on approval/acceptance from the FAA FSDO or otherwise specified

| Page | Manual | Revision Number | Date |
|------|--------|-----------------|------|
| 1 thru 14 | Flight TCO | Revision 1 | 19 May 2021 |
| 15 thru 52 | Flight Syllabus | Revision 1 | 19 May 2021 |

**FAA APPROVED**
AFG-SDL-FSDO-07

*Cheryl Velle*

Digitally signed by CMV
Date: 2021.07.01
06:40:22 -07'00'



## 2   ORGANIZATION AND FACILITIES

### 2.1.   Company Details

CAE Oxford Aviation Academy Phoenix Inc., located at Falcon Field Airport (KFFZ), Mesa, Arizona, holds FAA Air Agency Certificate No. B4VS470K.

CAE Oxford Aviation Academy Phoenix Inc. is:

**Owned by:**

> CAE, 8585 Cote de Liesse, Montreal, Quebec, Canada H4T 1G6

**Operated as:**

> CAE Oxford Aviation Academy Phoenix Inc.
> 5010 E. Falcon Drive
> Mesa, AZ 85215

### 2.2.   Course Title

**FAA 141 PPC**

### 2.3.   Student Eligibility

Students are required to meet ICAO Level 4 English standards, shall have submitted the application for a Student Pilot Certificate and possess at least an FAA Third Class Medical Certificate. The Student must possess the Student Pilot Certificate prior to solo flight.

Students enrolling in this course have reached an age of 16 years of age. Prior to the FAA practical test, a Student shall be at least 17 years of age to obtain their Private Pilot Certificate, in accordance with 14 CFR Part 61.

### 2.4.   TCO Curriculum Requirements

The FAA 141 PPC course meets or exceeds all curriculum requirements for Private Pilot Certification contained in Appendix B of 14 CFR 141 and is approved under 14 CFR 141.11

#### 2.4.1.   Course Objectives

The student will obtain the knowledge, skill, and aeronautical experience necessary to meet the requirements for a Private Pilot Certificate with Airplane Single-Engine Land rating. This course will be conducted parallel to the 14 CFR Part 141, FAA 141 PPC AKT course, as approved for CAE Oxford Aviation Academy Phoenix Inc.

### 2.5.   COMPLETION STANDARDS

The student must demonstrate through written tests, practical tests, and through appropriate oral quizzing that he/she meets the knowledge, skill, and experience requirements necessary to obtain a Private Pilot Certificate. To graduate from this course, students must successfully complete all flight training stages, meet ACS standards, and pass the end of course check. The student must have graduated from the FAA 141 PPC AKT course, prior to performing the End Of Course check in this course.



## 2.6.   Unsatisfactory Performance

If the student fails to meet a given lesson's completion standards, the flight must be graded as "unsatisfactory" and repeated until they are met. If a stage check or end of course check completion standards are not met, it must be graded as "unsatisfactory" and the lesson prior to the relevant check must be repeated while focusing on the unsatisfactory subject areas. Once the student has satisfactory knowledge and skills of the appropriate subject areas and line items, they may reattempt the check.

## 2.7.   Operations Manual

CAE Oxford Aviation Academy Phoenix Inc. maintains a current Operations Manual (OM) that all Instructors and Students must utilize during flight and ground operations. This Manual complies with 14 CFR 141.93 (a)(3) and contains the Safety Procedures and Practices developed by CAE Oxford Aviation Academy Phoenix Inc.

## 2.8.   Operations Administration

The briefing area contains 18 private briefing rooms for use by instructor and students for pre-& post-lesson briefings. These rooms all have a whiteboard and computer with PowerPoint. A flight planning area contains table and chairs for use by students for preflight planning for each lesson. The dimensions for each briefing room are 9'4" x 10'9".

The main flight planning area has direct telephone access to the Flight Service Station, supplemented by computer terminals with Internet access to FAA approved source(s) of weather. The main flight planning area is also equipped with multiple individual briefing stations that can be used for the purposes of pre-and post-flight briefings. All individual briefing stations are equipped with a computer, whiteboard and multi-color markers. All individual briefing stations adequately lighted and air-conditioned to provide a proper learning environment.

## 2.9   Ground Training Facilities

Ground instructional facilities are located at 5010 E Falcon Drive at Falcon Field Airport on the upper and lower floors. The training rooms are in classrooms CR-035, CR-040, CR-041, CR-084, CR-217, CR-218, CR-219, CR- 222, CR-224, CR- 225, CR-227, CR-228 & CR- 237 of the building located at 5010 E. Falcon Drive in Mesa, Arizona.

<u>Classroom CR-035</u> is appropriately equipped to accommodate a maximum of 8 students. The room dimensions are 21'4" x 14'3".

<u>Classroom CR-040</u> is appropriately equipped to accommodate a maximum of 9 students. The room dimensions are 24'10" x 12'8".

<u>Classroom CR-041</u> is appropriately equipped to accommodate a maximum of 12 students. The room dimensions are 24'10" x 14'4".

<u>Classroom CR-084</u> is appropriately equipped to accommodate a maximum of 12 students. The room dimensions are 14'1" x 23'11".

<u>Classroom CR-217</u> is appropriately equipped to accommodate a maximum of 12 students. The room dimensions are 18'5" x 29'8".

<u>Classroom CR-218</u> is appropriately equipped to accommodate a maximum of 36 students. The room is an 'L-shaped' room which is 27'3" x 25'2" x 8'5" x 20'1".

<u>Classroom CR-219</u> is appropriately equipped to accommodate a maximum of 28 students. The room dimensions are 38'8" x 22'5".

<u>Classroom CR-222</u> is appropriately equipped to accommodate a maximum of 28 students. The room

dimensions are 35'8" x 20'4".

Classroom CR-224 is appropriately equipped to accommodate a maximum of 16 students. The room dimensions are 29'8" x 13'1.5".

Classroom CR-225 is appropriately equipped to accommodate a maximum of 16 students. The room dimensions are 23'7" x 19'7".

Classroom CR-227 is appropriately equipped to accommodate a maximum of 12 students. The room dimensions are 21'1.5" x 11'1".

Classroom CR-228 is appropriately equipped to accommodate a maximum of 10 students. The room dimensions are 19'5.5" x 11'1".

Classroom CR-237 is appropriately equipped to accommodate a maximum of 22 students. The room dimensions are 32' x 19'7".

## 2.9.1 TRAINING AIDS

Training aids for this course include:

- Whiteboard with multi-colored markers
- Digital projectors
- Electronic Smartboard
- Digital Tape Recorder
- Aircraft cockpit layout poster
- Model aircraft
- Analog Aircraft components to include
  - Directional Gyro
  - Turn coordinator
  - VOR receiver
  - Vertical Speed indicator
  - Horizontal Situation Indicator
  - Attitude Indicator
  - Airspeed Indicator
  - Altimeter
- Aeronautical Navigation Charts
- iPad, tablet, laptop and/or computer with an electronic document library
- Electronic Garmin G1000 Desktop trainer

Publications may include some or all the following:

- AFM/POH
- Operations Manual
- Garmin G1000 Avionics Manual
- Aviation Weather
- Airplane Flying Handbook
- Pilot's Handbook of Aeronautical Knowledge

Optional equipment and training aids may be provided by an instructor for the purpose of demonstration and explanation. Examples may include model aircraft, small aircraft components, instrument panel mockups and/or diagrams and actual instruments (dismantled or cut away).


## 2.10.  Flight Training Devices

CAE Oxford Aviation Academy Phoenix Inc. utilizes Advanced Aviation Training Devices (AATD) for the allowable flight training credit in accordance with 14 CFR Part 141 and the approval letter of the AATD.

The Flight Simulation Training Devices consist of the following:

1. Four Advanced Aviation Training Devices (AATD), qualified and approved in accordance with AC 61-136 as amended representative of the:
   a. PA-28-181 (G1000), designated as Tru-Flite AATD
   b. PA-28-181 (G1000), designated as Tru-Flite RTD

These devices meet the requirements of 14 CFR 61.4 and 14 CFR 141.41 (a)(b).

## 2.11.  Training Devices and Equipment Assignments

CAE Oxford Aviation Academy Phoenix Inc. uses a fleet of airplanes for all flight training in the training syllabus of this course. The aircraft make and model used for flight training in this course is the Piper Archer. This aircraft meets the requirements of 14 CFR 141.39. Each aircraft is equipped for day and night visual flight rules (VFR) and instrument flight rules (IFR) flying, as specified in 14 CFR 91.205.

Certain Piper Archers may be equipped with either specified engine type.

| Aircraft Type | Avionics |
|---|---|
| Piper PA-28-181 | PA28-181 with Garmin G1000 (or Garmin G1000 NXi) including:<br><br>• GDU 1040 Primary Flight Display or newest version<br><br>• GDU 1040 Multi-Function Display or newest version<br><br>• GDC 74 Integrated Digital Air Data Computer or newest version<br><br>• GRS 77 Attitude & Heading Reference System or newest version<br><br>• Dual GIA 63 Integrated VHF COM/NAV/ILS/GPS Radio Modules or newest version<br><br>• GTX 330 Integrated "Mode S" Transponder with ADS-B or newest version<br><br>• ASPEN Evolution EFD 1000 PFD Standby Instrument or newest version<br><br>• Heated Pitot/Static Tube or newest version |



## 3. OPERATIONAL AERODROMES

### 3.1. Primary Operations – Falcon Field (KFFZ)

Falcon Field (KFFZ) is the base of operations for training in this course and where training flights originate. Flight training operations, including the dispatching of flights, will be at this airport. This airport has hard-surfaced runways and meets 14 CFR 141.38 requirements for day and night flight operations. Falcon Field (KFFZ) has fuel and maintenance services available.



NOTE: Chart not for navigation. Purpose is to show location of operations

### 3.2. TRAINING AIRPORTS

Approved training airports are listed in the Operations Manual and are evaluated and updated frequently. The suggested routes for solo cross-country flights in this syllabus are found in appendix 1.



## 4.  PERSONNEL

### 4.1.   CHIEF INSTRUCTOR

The Chief Instructor at CAE Oxford Aviation Academy Phoenix Inc. shall comply with the requirements of 14 CFR.141.35 and 14 CFR 141.79. The Chief Instructor is Kyle Stephen Portela.

### 4.2.   ASSISTANT CHIEF INSTRUCTOR

The Assistant Chief Instructor shall comply with the requirements of 14 CFR 141.36 and14 CFR 141.79. The Assistant Chief Instructor is Patrick Carl David Fraze.

### 4.3.   CHECK INSTRUCTORS

The Chief Instructor will nominate in writing Check Instructors for the purpose of conducting student Stage Checks, End-of-Course Tests, and Instructor Proficiency Checks. Check Instructors must be approved by theFlight Standards District Office. The Check Instructors designated for this course must comply with the requirements of 14 CFR 141.37 and 14 CFR 141.79.

### 4.4.   FLIGHT INSTRUCTORS

Prior to being assigned duties in a particular aircraft make and model, each flight Instructor will satisfactorily complete an initial instructor proficiency check with either the Chief Instructor, Assistant Chief Instructor or an approved 14 CFR 141 Check Instructor for this course in that make and model of aircraft used in the training course.

Every twelve months each Instructor, must successfully complete a recurrent proficiency check administered by the Chief Instructor, Assistant Chief Instructor or an approved 14 CFR 141 Check Instructor in the aircraft.

CAE Oxford Aviation Academy Phoenix Inc. requires the following minimum experience to delivertraining for this program for the following phases:

1.  Each flight instructor must hold at least a current Commercial Pilot Certificate with an Airplane Single Engine Land; Instrument Airplane rating,
2.  Current Flight Instructor Certificate with an Airplane Single Engine category and class rating and,
3.  Each flight instructor must hold a third-class FAA medical or higher.



## 5.   TRAINING COURSE OUTLINE

The following time allocation table details the three stages of training in the course. Each stage is run in sequence and in entirety before progressing to the next stage. For operational efficiencies, a lesson in a stage may be performed out of sequence. If a lesson is performed out of sequence, the reason must be documented.

### 5.1.   PPC SINGLE-ENGINE TIME ALLOCATION TABLE:

| Part 141 PPL Flight Training | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mission | Stage | SE Dual | PIC | AATD | PIC XC | Dual IR | XC | Night | On-Aircraft | AATD | Cumlty Total |
| **F1** | 1 | | | 1.0 | | | | | 0.0 | 1.0 | 1.0 |
| **F2** | 1 | | | 1.2 | | | | | 0.0 | 1.2 | 2.2 |
| **D3** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 3.7 |
| **D4** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 5.2 |
| **D5** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 6.7 |
| **D6** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 8.2 |
| **D7** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 9.7 |
| **D8** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 11.2 |
| **F9** | 1 | | | 1.5 | | | | | 0.0 | 1.5 | 12.7 |
| **D10** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 14.2 |
| **D11** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 15.7 |
| **D12** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 17.2 |
| **D13** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 18.7 |
| **OB1** | 1 | | | | | | | | 0.0 | 0.0 | 18.7 |
| **D14** | 1 | 1.5 | | | | | | | 1.5 | 0.0 | 20.2 |
| **D15** | 2 | 1.5 | | | | | | | 1.5 | 0.0 | 21.7 |
| **D16** | 2 | 2.0 | | | | 2.0 | | | 2.0 | 0.0 | 23.7 |
| **D17** | 2 | 2.5 | | | | | 2.5 | | 2.5 | 0.0 | 26.2 |
| **ND18** | 2 | 2.0 | | | | | | 2.0 | 2.0 | 0.0 | 28.2 |
| **ND19** | 2 | 2.5 | | | | | 2.5 | 2.5 | 2.5 | 0.0 | 30.7 |
| **D20** | 2 | 2.0 | | | | 0.5 | 2.0 | | 2.0 | 0.0 | 32.7 |
| **OB2** | 2 | | | | | | | | 0.0 | 0.0 | 32.7 |
| **C21** | 2 | 2.0 | | | | 0.3 | | | 2.0 | 0.0 | 34.7 |
| **DS22** | 3 | 0.8 | 0.7 | | | | | | 1.5 | 0.0 | 36.2 |
| **DS23** | 3 | 0.5 | 1.0 | | | | | | 1.5 | 0.0 | 37.7 |
| **D24** | 3 | 1.5 | | | | 1.0 | | | 1.5 | 0.0 | 39.2 |
| **S25** | 3 | | 2.0 | | 2.0 | | 2.0 | | 2.0 | 0.0 | 41.2 |
| **S26** | 3 | | 2.0 | | 2.0 | | 2.0 | | 2.0 | 0.0 | 43.2 |
| **S27** | 3 | | 4.5 | | 4.5 | | 4.5 | | 4.5 | 0.0 | 47.7 |
| **D28** | 3 | 1.5 | | | | 0.5 | | | 1.5 | 0.0 | 49.2 |
| **D29** | 3 | 1.5 | | | | 0.2 | | | 1.5 | 0.0 | 50.7 |
| **D30** | 3 | 2.0 | | | | 0.2 | | | 2.0 | 0.0 | 52.7 |
| **OB3** | 3 | | | | | | | | 0.0 | 0.0 | 52.7 |
| **C31 Oral** | 3 | | | | | | | | 0.0 | 0.0 | 52.7 |
| **C31 Flight** | 3 | 2.0 | | | | 0.3 | | | 2.0 | 0.0 | 54.7 |
| | | 40.8 | 10.2 | 3.7 | 8.5 | 3.0 | 17.5 | 4.5 | 51.0 | 3.7 | 54.7 |

F = Flight Simulator; D = Dual Flight; S = Solo Flight; N = Night; C = Check; OB = Oral Briefing

**FAA APPROVED**
AFG-SDL-FSDO-07

Digitally signed by CMV
Date: 2021.07.01
06:38:56 -07'00'



# 6. TRAINING DELIVERY

## 6.1. Lesson Completion & Stage Checks

Every dual flight, simulator lesson, Stage or End Of Course Check will be given an overall grade by the authorized Flight Instructor or Check Instructor. Satisfactory completion of each flight lesson will be based on the Completion Standard of that lesson and successful completion of the tasks assigned. The following Overall Grading Standards will be used for each dual lesson and Stage Check of the Flight Training Course.

- **S = Satisfactory**: Student performance meets the Completion Standard(s) of the lesson or the level of competency and/or proficiency specified in each task.
- **U = Unsatisfactory:** Student performance failed to meet the Completion Standard(s) or the level of mandatory competency or proficiency for that lesson in one or more tasks. In case a lesson is graded unsatisfactory, that lesson will have to be repeated until a satisfactory lesson outcome is graded before continuing further in the course.
- **I = Incomplete:** If any of the INTRODUCE/DEMONSTRATE line items and a maximum of 3 REVIEW items are not able to be attempted due to illness, maintenance, weather or any operational restrictions outside of the crew(s) control, then an incomplete grade on the lesson may be assigned and carried over to the subsequent lesson with a satisfactory grade.

If the student performance fails to meet the required minimum standard(s) and cannot be improved during the lesson, an Unsatisfactory grade will be given.

## 6.2. Flight Training Syllabus Stages

The Flight Training Syllabus consists of the following stages:

Stage 1: Training up to initial solo.

Stage 2: Training up to the initial solo cross-country flight.

Stage 3: Preparation for FAA Private Pilot Airplane Single-engine land practical test.

Stages must be flown in the sequence prescribed, but individual lessons inside a given stage may be flown out of sequence when necessary to accommodate the individual Student's progress or any operational efficiencies.

Anytime a lesson is flown out of order, prior approval from the Chief Instructor or Assistant Chief Instructor must be obtained and the appropriate reason must be documented in activity completion comments section by the assigned instructor.

## 6.3. Pre-Solo Written Examination

Prior to taking the Pre-solo Stage Check, the student must have completed a pre-solo written examination with a minimum first-time score of 70% and corrected to 100% by the authorized instructor.



## 6.4.   Grading Standards

Each required task or element specified in the Lesson Plan for each flight lesson or Stage Check will be given a Task Grade by the authorized Flight Instructor, Check Instructor, or Chief Instructor. Satisfactory completion of each task will be based on the Completion Standard of that lesson, successful completion of the tasks assigned, and the performance level specified for that task. Where a lesson plan specifies a task be performed to Private Pilot Airman Certification Standards or other specified level, the student must demonstrate performance of the task to the appropriately specified level to receive a Satisfactory grade in that task. The following Grading Practices will be used for each task/element in each dual lesson or Stage Check of the Flight Training Course:

- Incomplete (I) – Line item not attempted.
- One (1) – Unsatisfactory, insufficient progress in acquiring the knowledge and skills to achieve proficiency.
- Two (2) – Progressing, increasing progress towards proficiency in meeting ACS standards.
- Three (3) – ACS Standard, the exercise has been understood and performance is consistently repeatable within the ACS Standards.
- Four (4) – Exemplary, Performance including the level of knowledge, skills and attitude demonstrated exceeds expectations.

## 6.5.   Training Records

TALON ETA: ETA is a data collection, scheduling and training records tool which is used to manage the curriculum.

In addition to normal comments, reason codes are encouraged when assigning a grade of unsatisfactory on a line item that is not associated with normal progression.

The information maintained in ETA shall be in accordance with 14 CFR 141.101 and must be made available upon request of the student.

TALON ETA Reason Codes:

1. APK – Application of Procedures – Incorrect accomplishment of a known procedure.
2. PSD – Problem Solving & Decision Making - No decision or a flawed decision-making process (inquiry, advocacy, conflict resolution, critique).
3. FPM – Flight Path Management – Manual flying skills:
   a. TS (Airspeed) – Deviations exceeding prescribed ATO limits for the phase of flight or an inability to maintain a stabilized airspeed.
   b. TC (Aircraft Control) – Inability to maintain positive aircraft control and/or attitude excursions beyond prescribed limits.
   c. TV (Altitude Control) – Deviations exceeding prescribed ATO limits for the phase of flight.
   d. TL (Heading Control) – Deviations exceeding prescribed ATO limits for the phase of flight.
   e. TA (Automation Management) – Inability to properly use automation Systems or a lack of recognition of automation anomalies.
4. FPA – Flight Path Automation – Use of automation/FCP & autopilot – inappropriate or no understanding of selected modes potentially causing a loss of situational awareness or aircraft control.
5. COM - Communication – Deficient intra-cockpit communication, incorrect phraseology, readback/hear back shortfalls, or deficient ATC communications.

6. SAW - Situational Awareness – Failure to assess and anticipate future conditions; a lack of orientation to the terrain, weather, or flight path; improper interpretation of flight displays; or a failure to maintain crew awareness.

7. LTW – Leadership & Teamwork – Failed teamwork, deficient followership, lack of professionalism in the execution of SOPs, or a failure to sustain a positive crew climate.

8. WLM - Workload Management – Deficient prioritization and sequencing of tasks; inadequate planning; deficient departure/approach briefings; or the failure to anticipate high workload.

## 6.6.   FACILITATED DEBRIEFINGS

A facilitated debriefing in its simplest terms is a guided discussion where the instructor creates an environment that enables self-critique and self-reflection.

Properly executed, facilitated debriefings can have a powerful impact on learning as personal lessons learned are retained and often do result in changing an individual's behavior and methods.

Several factors can inhibit or limit the effectiveness of facilitated debriefings—culture, personal attitudes, and the knowledge level of the individual are three examples. Nevertheless, the potential benefits associated with facilitated debriefings are significant.

Facilitated debriefings are most appropriately implemented once the concept of self-critique is introduced and foundation aviation skills have been established.



## 7.  Stage One Objective – Initial competency and proficiency

Pilots will be introduced to and develop competency and proficiency in the aviation environment (first airborne experience), including basic VFR Airmanship skills, stall and spin awareness and avoidance, normal and emergency procedures, normal patterns, takeoffs and landings, ATC communications, and operations in the National Airspace System.

### Stage One Completion Standard

At the end of this stage the student will be able to:

- Perform preflight preparation procedures and checks.
- Perform normal takeoffs and landings.
- Perform normal traffic patterns.
- Perform normal procedures.
- Understand and comply with ATC communications for local flights.
- Achieve adequate competency and proficiency with certain failures, such as engine failure while in the pattern, radio communication failure and complete electrical failure.
- Reach satisfactory proficiency and safety on the maneuvers and procedures required by 14 CFR 61.87.



**Practical Training Lessons**

### 7.1 F1

**A) TRAINING DEVICE: AATD**

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.0 hours AATD | 1.0/1.0 | NONE |

**B) OBJECTIVES:**

To provide initial aircraft familiarization by:

1. Introduce general cockpit layout; location and function of instruments, switches and equipment using appropriate checklists and Standard Operating Procedures (SOPs).
2. Introduce pre-flight cockpit set-up, pre-flight procedures, and planning.
3. Introduce pre-start checklist and Garmin G1000 programming (radios and navigation).
4. Introduce normal procedures by using appropriate checklists.

**C) LESSON TASK ITEMS:**

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 4 | Taxiing | 1 | 2 | 3 | 4 |
| 5 | Effect of Controls | 1 | 2 | 3 | 4 |
| 6 | Effect of Power Changes | 1 | 2 | 3 | 4 |
| 7 | Post-flight procedures | 1 | 2 | 3 | 4 |
| REVIEW/PRACTICE | | | | | |
| None | | | | | |

**D) COMPLETION STANDARDS:**

1. Student pilot develops basic understanding of pre-flight preparation.
2. Development of Garmin proficiency.
3. Student pilot becomes familiar with the control systems and how they are used to maneuver the airplane on the ground and in the air.
4. Student pilot learns engine start, directional control during taxi, runup, takeoff, shutdown, and post-flight procedures.
5. Student develops fundamental understanding of Standard WX briefing.



## 7.2.  F2

### A)  TRAINING DEVICE: AATD

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|-------------------------|------|
| PF/IP | 1.2 hours AATD | 1.0/1.0 | NONE |

### B)  OBJECTIVES:

To demonstrate effects of controls by:

1. Student practices straight & level flight with acceleration and deceleration, turns, climbs and descents.
2. Student is introduced to use and effects of flaps.
3. Student is introduced to effects of wind.

### C)  LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Control & performance concepts | 1 | 2 | 3 | 4 |
| 2 | Straight & level flight at different airspeeds | 1 | 2 | 3 | 4 |
| 3 | Configuration changes | 1 | 2 | 3 | 4 |
| 4 | Shallow and medium bank turns | 1 | 2 | 3 | 4 |
| 5 | Constant airspeed climbs & descents | 1 | 2 | 3 | 4 |
| 6 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| REVIEW/PRACTICE | | | | | |
| 7 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 8 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 9 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 10 | Taxiing | 1 | 2 | 3 | 4 |
| 11 | Post-flight procedures | 1 | 2 | 3 | 4 |

### D)  COMPLETION STANDARDS:

1. Display increased proficiency in pre-flight actions.
2. Maintain directional control during takeoff.
3. Divide attention between cockpit and outside environment.
4. Develop basic understanding of Control & Performance.
5. Demonstrate basic knowledge of weather briefings, weight & balance, performance planning.



## 7.3 D3

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVES:

To provide an introduction to the flight environment by:
1. Introduction to first flight – applying skills from AATD lessons to the aircraft.
2. Practice primary and secondary effects of controls.
3. Practice all procedures and checklists from preflight cockpit setup through post flight procedures.
4. Introduce Normal Takeoff and Normal Landing

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| 1  Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2  Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3  Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4  Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5  Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6  Taxiing | 1 | 2 | 3 | 4 |
| 7  Normal Takeoff | 1 | 2 | 3 | 4 |
| 8  Control & performance concepts | 1 | 2 | 3 | 4 |
| 9  Primary and secondary effects of controls | 1 | 2 | 3 | 4 |
| 10 Normal Landing | 1 | 2 | 3 | 4 |
| 11 Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |
| REVIEW/PRACTICE | | | | |
| None | | | | |

### D) COMPLETION STANDARDS:

1. Basic understanding of weather brief, radio calls, preflight preparation.
2. Introduce and practice primary and secondary effects of controls and how they are used to maneuver the airplane.
3. Introduce and practice Control & performance concepts and their effects.
4. Learns engine start, directional control during taxi, runup, takeoff, shutdown, and post-flight procedures.
5. Developing a fundamental understanding of standard weather briefing.
6. Introduction to safety of flight practices including, runway incursion avoidance, collision avoidance and positive transfer of controls.



**7.**4 **D4**

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/ IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVES

To introduce basic control of aircraft by:
1. Reinforce control performance concepts.
2. Gain confidence and familiarization with normal procedures.
3. Introduce straight and level flight, climbs, descents, shallow and medium bank turns.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| 1 | Straight and level flight | 1 | 2 | 3 | 4 |
| 2 | Climbs and descents | 1 | 2 | 3 | 4 |
| 3 | Shallow and medium bank turns | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | |
| 4 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 5 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 6 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 7 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 8 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 9 | Taxiing | 1 | 2 | 3 | 4 |
| 10 | Normal Takeoff | 1 | 2 | 3 | 4 |
| 11 | Control & performance concepts | 1 | 2 | 3 | 4 |
| 12 | Primary and secondary effects of controls | 1 | 2 | 3 | 4 |
| 13 | Normal Landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Introduce and practice straight and level flight and be able to hold altitude within +/- 200 ft and heading within +/- 20 degrees and airspeed within +/- 15 knots.
2. Introduce and practice climbs and descents.
3. Introduce and practice shallow and medium bank turns while being hold altitude within +/- 200 ft and rollout on the instructor specified heading within +/- 20 degrees and airspeed within +/- 15 knots.
4. Perform pre-flight actions with reduced instructor assistance.
5. Obtain a standard weather briefing with no instructor assistance and apply information to current lesson with instructor led discussion.
6. Demonstrate increased proficiency in primary and secondary effects of controls and how they are used to maneuver the airplane.
7. Demonstrate increased proficiency in Control & performance concepts and their effects.



## 7.5 D5

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|----------------|--------------------------|------|
| PF/ IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVE

To increase proficiency of control of aircraft by:
1. Introduction to general maneuvers.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| 1 | Climbing and descending turns | 1 | 2 | 3 | 4 |
| 2 | ATC Communications | 1 | 2 | 3 | 4 |
| 3 | Navigation to and from the practice area | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | |
| 5 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 6 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 7 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 8 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 9 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 10 | Taxiing | 1 | 2 | 3 | 4 |
| 11 | Normal Takeoff | 1 | 2 | 3 | 4 |
| 12 | Straight and level flight | 1 | 2 | 3 | 4 |
| 13 | Climbs and descents | 1 | 2 | 3 | 4 |
| 14 | Shallow and medium bank turns | 1 | 2 | 3 | 4 |
| 15 | Normal Landing | 1 | 2 | 3 | 4 |
| 16 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Introduce and practice climbing and descending turns while maintaining a bank angle within +/- 10 degrees and airspeed within +/- 15 knots and rollout on instructor specified heading +/- 20 degrees.
2. Demonstrate ability to hold altitude in straight and level flight and shallow to medium bank turns +/- 200 feet and heading within +/- 20 degrees and airspeed within +/- 15 knots.
3. Navigate to and from practice area with instructor led guidance on specified route to fly.
4. Perform ATC Communications with no instructor assistance to dispatch, ground, and initial call to tower.
5. Perform ATC Communications with reduced instructor assistance to tower and practice area.
6. Perform pre-flight actions with instructor observation.
7. Obtain a standard weather briefing with no instructor assistance and apply information to current lesson with instructor led discussion.



## 7.6 D6

### A) A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT | NOTE |
|---------|-----------------|-----------------|------|
| PF/ IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVES

To introduce effects of wind on an aircraft by:
1. Introduce normal takeoff.
2. Introduce turns around a point.
3. Introduce S-Turns.
4. Introduce rectangular pattern.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Turns around a point | 1 | 2 | 3 | 4 |
| 2 | S-Turns | 1 | 2 | 3 | 4 |
| 3 | Rectangular patterns | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 4 | Preflight prep - WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 5 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 6 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 7 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 8 | Airport, runway, taxiway signs, markings & lighting | 1 | 2 | 3 | 4 |
| 9 | Taxiing | 1 | 2 | 3 | 4 |
| 10 | Normal Takeoff | 1 | 2 | 3 | 4 |
| 11 | Navigation to and from the practice area | 1 | 2 | 3 | 4 |
| 12 | Straight and level flight | 1 | 2 | 3 | 4 |
| 13 | Climbs and descents | 1 | 2 | 3 | 4 |
| 14 | Climbing and descending turns | 1 | 2 | 3 | 4 |
| 15 | ATC communications | 1 | 2 | 3 | 4 |
| 16 | Shallow and medium banked turns | 1 | 2 | 3 | 4 |
| 17 | Normal Landing | 1 | 2 | 3 | 4 |
| 18 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Demonstrate and practice ground reference maneuvers within +/- 200 feet and airspeed +/- 15 knots and heading +/- 20 degrees.
2. Perform normal takeoff while maintaining proper aircraft control inputs for crosswind and centerline control with minimal instructor input.
3. Perform pre-maneuver checklist with no instructor assistance.
4. Demonstrate ability to hold altitude during straight and level flight, shallow and medium bank turns within +/- 200 feet and heading within +/- 20 degrees and airspeed within +/- 15 knots.
5. Perform ATC Communications with reduced instructor assistance to tower and practice area.



## 7.7 D7

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT | NOTE |
|---------|-----------------|-----------------|------|
| PF/ IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVES

To introduce in-flight hazards by:
1. Discuss runway incursion prevention and avoidance.
2. Introduce slow flight in both the clean and landing configuration.
3. Introduce power-off stalls in both the clean and landing configuration.
4. Introduce power-on stalls.
5. Increased proficiency with ATC communications and gaining independence.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Slow flight (clean & landing configuration) | 1 | 2 | 3 | 4 |
| 2 | Power-off stall (clean & landing configuration) | 1 | 2 | 3 | 4 |
| 3 | Power-on stall | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 4 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 5 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 6 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 7 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 8 | Checklist Usage | 1 | 2 | 3 | 4 |
| 9 | ATC Communications | 1 | 2 | 3 | 4 |
| 10 | Taxiing | 1 | 2 | 3 | 4 |
| 11 | Normal takeoff | 1 | 2 | 3 | 4 |
| 12 | Navigation to and from the practice area | 1 | 2 | 3 | 4 |
| 13 | Normal Landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Introduce and practice slow flight in both clean and landing configuration while being able to maintain altitude within +/- 200 ft and heading within +/- 20 degrees and airspeed within +15/-5 knots.
2. Introduce and practice Power-off and power-on stalls while maintaining a specified heading within +/- 20 degrees.
3. Develop understanding of slow flight and stall recognition and spin avoidance.
4. Perform all normal flows and checklists with no instructor assistance.
5. Perform normal takeoff while maintaining proper control inputs for crosswind and centerline control with no instructor assistance.
6. Perform pre-maneuver checklist with no instructor assistance.
7. Perform ATC Communications to tower and practice area with minimal instructor assistance.
8. Demonstrate ability to hold altitude while in straight and level flight and shallow to medium bank turns +/- 150 ft and heading within +/- 15 degrees and airspeed within +/- 10knots.



## 7.8 D8

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVES:

To increase proficiency with traffic pattern operations:
1. Practice slow flight in both the clean and landing configuration.
2. Practice power-off stalls in both the clean and landing configuration.
3. Practice power-on stalls.
4. Practice normal landing.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Traffic Patterns | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 2 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 3 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 4 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 5 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 6 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 7 | ATC Communications | 1 | 2 | 3 | 4 |
| 8 | Taxiing | 1 | 2 | 3 | 4 |
| 9 | Normal takeoff | 1 | 2 | 3 | 4 |
| 10 | Navigation to and from the practice area | 1 | 2 | 3 | 4 |
| 11 | Slow flight (clean & landing configuration) | 1 | 2 | 3 | 4 |
| 12 | Power-off stall (clean & landing configuration) | 1 | 2 | 3 | 4 |
| 13 | Power-on stall | 1 | 2 | 3 | 4 |
| 14 | Normal landing | 1 | 2 | 3 | 4 |
| 15 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Introduce, practice, recognize and identify each leg of the traffic pattern and can perform with minimal instructor assistance.
2. Introduce and practice properly configuring aircraft on each leg of the pattern.
3. Demonstrates ability to discuss stable approach concepts.
4. Recognizes how to identify glidepath for final approach.
5. Develops ability to perform normal landings while maintaining directional control with instructor assistance.
6. Perform all normal flows and checklists with no instructor assistance.
7. Perform normal takeoff while maintaining proper control inputs for crosswind and centerline control with no instructor assistance.
8. Develop understanding of slow flight and stall recognition and spin avoidance.
9. Perform pre-maneuver checklist with no instructor assistance.
10. Practice slow flight in both clean and landing configuration while being able to maintain altitude within +/- 200 ft and heading within +/- 20 degrees and airspeed within +15/-5knots.
11. Introduce and practice Power-off and power-on stalls while maintaining a specified heading within +/- 20 degrees.
12. Perform ATC Communications with minimal instructor assistance.
13. Demonstrate ability to hold altitude during straight and level flight and shallow to medium bank turns +/- 150 feet and heading within +/- 15 degrees and airspeed within +/- 10knots.



## 7.9 F9

### A) TRAINING DEVICE: AATD

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours AATD | 1.0/0.5 | NONE |

### B) OBJECTIVES:

To increase proficiency with take-offs, pattern operations, and landings by:
1. Introduce traffic pattern operations.
2. Introduce slips to a landing.
3. Introduce approaches to a landing area with simulated engine malfunctions.
4. Introduce other abnormal/emergencies as desired.
5. Instructor demonstration and student practice on scenarios where go-arounds should beexecuted, including the relevant Aeronautical Decision-Making process.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 2 | Slips to a landing | 1 | 2 | 3 | 4 |
| 3 | Approaches to a landing area with simulated engine malfunctions | 1 | 2 | 3 | 4 |
| 4 | Go-arounds | 1 | 2 | 3 | 4 |
| REVIEW/PRACTICE | | | | | |
| 5 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 6 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 7 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 8 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 9 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 10 | ATC Communications | 1 | 2 | 3 | 4 |
| 11 | Taxiing | 1 | 2 | 3 | 4 |
| 12 | Normal takeoff | 1 | 2 | 3 | 4 |
| 13 | Normal landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS

1. Show understanding in traffic pattern operations, by being able to identify and apply procedures in all legs of the rectangular traffic pattern.
2. Show understanding in slips to a landing by being able to identify and apply flight control inputs on final, including maintaining runway centerline control.
3. Show understanding in approaches to a landing area with simulated engine malfunctions, by being able to identify the need for an emergency landing and being able to land within 1000 ft of the selected landing spot.
4. Show understanding in go-around procedures and relevant Aeronautical Decision-Making process.
5. Demonstrate ability to hold altitude +/- 150 feet and heading within +/- 15 degrees and airspeed within +/- 10 knots.



## 7.10 D10

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 1.0/0.5 | NONE |

### B) OBJECTIVES

To increase proficiency with take-offs, pattern operations, and landings by:
1. Introduce traffic pattern operations.
2. Introduce slips to a landing.
3. Introduce go-arounds.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 2 | Slips to a landing | 1 | 2 | 3 | 4 |
| 3 | Go-arounds | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 4 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 5 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 6 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 7 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 8 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 9 | ATC Communications | 1 | 2 | 3 | 4 |
| 10 | Taxiing | 1 | 2 | 3 | 4 |
| 11 | Normal takeoff | 1 | 2 | 3 | 4 |
| 12 | Normal landing | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Show understanding in traffic pattern operations, by being able to identify and apply proper procedures in all legs of the rectangular traffic pattern.
2. Show understanding in slips to a landing by being able to identify and apply proper aircraft control inputs on final, including maintaining runway centerline control.
3. Show understanding in go-around procedures and relevant Aeronautical Decision-Making process.
4. Student accomplishes normal landings with reduced Instructor assistance.
5. Demonstrate ability to hold altitude +/- 150 feet and heading within +/- 15 degrees and airspeed within +/- 10 knots.



## **7.**11 **D11**

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 0.5/0.5 | NONE |

### B) OBJECTIVES:

To increase proficiency with take-offs, pattern operations, and landings by:
1. Practice traffic pattern operations.
2. Practice slips to a landing.
3. Practice normal landings.
4. Introduce approaches to a landing area with simulated engine malfunctions.
5. Introduce other abnormal/emergencies as desired.
6. Practice go-arounds.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| 1 | Approaches to a landing area with simulated engine malfunctions | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | |
| 2 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 3 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 4 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 5 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 6 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 7 | ATC Communications | 1 | 2 | 3 | 4 |
| 8 | Taxiing | 1 | 2 | 3 | 4 |
| 9 | Normal takeoff | 1 | 2 | 3 | 4 |
| 10 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 11 | Slips to a landing | 1 | 2 | 3 | 4 |
| 12 | Go-arounds | 1 | 2 | 3 | 4 |
| 13 | Normal landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Show understanding in traffic pattern operations, by being able to identify and apply proper procedures in all legs of the rectangular traffic pattern.
2. Show understanding in slips to a landing by being able to identify and apply proper aircraft control inputs on final, including maintaining runway centerline control.
3. Show understanding in go-around procedures and relevant Aeronautical Decision-Making process.
4. Show understanding in approaches to a landing area with simulated engine malfunctions, by being able to identify the need for an emergency landing and being able to land within 500 ft of the selected landing spot.
5. Student accomplishes normal landings with minimal Instructor assistance.
6. Demonstrate ability to hold altitude +/- 150 feet and heading within +/- 15 degrees and airspeed within +/- 10 knots.



## 7.12 D12

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 0.5/0.5 | NONE |

### B) OBJECTIVES

To increase proficiency with take-offs, pattern operations, and landings by:
1. Practice traffic pattern operations.
2. Practice normal landings.
3. Introduce flapless landings.
4. Practice go-arounds.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Flapless landings | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 2 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 3 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 4 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 5 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 6 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 7 | ATC Communications | 1 | 2 | 3 | 4 |
| 8 | Taxiing | 1 | 2 | 3 | 4 |
| 9 | Normal takeoff | 1 | 2 | 3 | 4 |
| 10 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 11 | Go-arounds | 1 | 2 | 3 | 4 |
| 12 | Normal landing | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Demonstrates understanding in traffic pattern operations, by being able to identify and apply proper procedures in all legs of the rectangular traffic pattern.
2. Demonstrates understanding in go-around procedures and relevant Aeronautical Decision-Making process.
3. Student demonstrates safe normal landings with no instructor assistance within 400 feet beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.
4. Demonstrates understanding in flapless approaches and landings and accomplishes the landing with minimal floating and no instructor assistance.
5. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 7.13 D13

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 0.5/0.5 | Pre-solo written exam |

### B) OBJECTIVES

To increase proficiency with take-offs, pattern operations, and landings by:
1. Practice traffic pattern operations.
2. Practice normal landings.
3. Practice flapless landings.
4. Practice go-arounds.

### C) LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 10 | Go-arounds | 1 | 2 | 3 | 4 |
| 11 | Normal landing | 1 | 2 | 3 | 4 |
| 12 | Flapless landings | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Student demonstrates safe and unassisted traffic pattern operations.
2. Performs ATC Communications with no instructor assistance.
3. Student demonstrates safe and unassisted go-around procedures and relevant Aeronautical Decision-Making process.
4. Student demonstrates safe and unassisted normal landings within 400 feet beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.
5. Demonstrates understanding in flapless approaches and landings by accomplishing the landing with minimal floating and no instructor assistance.
6. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 7.14 Oral Briefing 1

**A) TRAINING DEVICE: NONE**

| RESOURCE | LESSON DURATION |
|---|---|
| Classroom setting or briefing room | 2.0 hours |

**B)  OBJECTIVES:**

1.  Review areas as specified on the pre-solo written exam.



## 7.15 D14

**A) TRAINING DEVICE: AIRCRAFT**

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL | 1.0/0.5 | Stage 1 Review |

**B)  OBJECTIVES:**

To increase proficiency within all areas previously introduced by:

1.   Review the student's competency in stage one-line items.

**C)  LESSON TASK ITEMS:**

| REVIEW | | | | | |
|--------|--|---|---|---|---|
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Navigation to and from the practice area | 1 | 2 | 3 | 4 |
| 10 | Slow flight | 1 | 2 | 3 | 4 |
| 11 | Power-off (clean & landing configuration) | 1 | 2 | 3 | 4 |
| 12 | Power-on stall | 1 | 2 | 3 | 4 |
| 13 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 14 | Go-arounds | 1 | 2 | 3 | 4 |
| 15 | Normal landing | 1 | 2 | 3 | 4 |
| 16 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

**D)  COMPLETION STANDARDS:**

1.   Student demonstrates safe and unassisted traffic pattern operations.

2.   Performs ATC communications with no instructor assistance.

3.   Student demonstrates slow flight by establishing and maintaining an airspeed at which any further increase in angle of attack, increase in load factor, or reduction in power, would result in a stall warning (e.g., airplane buffet, stall horn, etc.).

4.   Student demonstrates a power-off stall in the clean and landing configuration by acknowledging cues of the impending stall and then recovering promptly after a full stall occurs.

5.   Student demonstrates a power-on stall by acknowledging cues of the impending stall and then recovering promptly after a full stall occurs.

6.   Student demonstrates safe and unassisted normal landings within 400 feet beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.

7.   Student demonstrates safe and unassisted go-around procedures and relevant Aeronautical Decision-Making process.

8.   Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.

## 8.  STAGE TWO OBJECTIVE —Training up to Solo and Solo Cross-Country

Pilots will complete training up to solo and solo cross country and be introduced to and develop competency and proficiency in cross-country VFR navigation, VFR cross country flight preparation, inflight diversions, several possible inflight failures, basic instrument flying techniques and night flight.

### STAGE TWO COMPLETION STANDARD

At the end this stage the Pilot will be able to:

- Utilize aeronautical charts for VFR navigation using pilotage and dead reckoning with the aid of a magnetic compass.
- Utilize aircraft performance charts pertaining to cross-country flight.
- Demonstrate procurement and analysis of aeronautical weather reports and forecasts, including recognition of critical weather situations and estimating visibility while inflight.
- Demonstrate appropriate Emergency procedures.
- Execute traffic pattern procedures that include area departure, area arrival, entry into the traffic pattern, and approach.
- Execute procedures and operating practices for collision avoidance, wake turbulence precautions, and windshear avoidance.
- Recognize, avoid, and take into consideration operational restrictions of hazardous terrain features in the geographical area where the cross-country flight will be flown.
- Utilize proper procedures for operating the instruments and equipment installed in the aircraft to be flown, including recognition and use of the proper operational procedures and indications.
- Demonstrate competency in use of radios for VFR navigation and two-way communication.
- Demonstrate competency in takeoff, approach, and landing procedures, including short-field, soft-field, and crosswind takeoffs, approaches, and landings.
- Demonstrate safe control and maneuvering solely by reference to flight instruments, including straight and level flight, turns, descents, climbs, use of radio aids, and ATC directives.



# Practical Training Lessons

## 8.1. D15

### A) AIRCRAFT TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.0 hours DUAL | 1.0/0.5 | Review Comments from D14 Prior to flight |

### B) OBJECTIVES:

To increase proficiency with in all areas previously introduced by:

1. Review of maneuvers performed on D14 with emphasis on instructor comments.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Navigation to and from the practice area | 1 | 2 | 3 | 4 |
| 10 | Slow flight | 1 | 2 | 3 | 4 |
| 11 | Power-off (clean & landing configuration) | 1 | 2 | 3 | 4 |
| 12 | Power-on stall | 1 | 2 | 3 | 4 |
| 13 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 14 | Go-arounds | 1 | 2 | 3 | 4 |
| 15 | Normal landing | 1 | 2 | 3 | 4 |
| 16 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS

1. Student demonstrates safe and unassisted traffic pattern operations.
2. Performs ATC communications with no instructor assistance.
3. Student demonstrates slow flight by establishing and maintaining an airspeed at which any further increase in angle of attack, increase in load factor, or reduction in power, would result in a stall warning (e.g., airplane buffet, stall horn, etc.).
4. Student demonstrates a power-off stall in the clean and landing configuration by acknowledging cues of the impending stall and then recovering promptly after a full stall occurs.
5. Student demonstrates a power-on stall by acknowledging cues of the impending stall and then recovering promptly after a full stall occurs.
6. Student demonstrates safe and unassisted normal landings within 400 feet beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.
7. Student demonstrates safe and unassisted go-around procedures and relevant Aeronautical Decision-Making process.
8. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 8.2. Oral Briefing 2

**A) TRAINING DEVICE: NONE**

| RESOURCE | LESSON DURATION |
|---|---|
| Classroom setting or briefing room | 3.0 hours |

**B) OBJECTIVES:**
1. Review National Airspace System.
2. Introduce VFR flight planning.
3. Introduce VFR navigation procedures.
4. Introduce Pilotage and Dead Reckoning.
5. Introduce diversion procedures.
6. Introduce Lost Procedures.


## 8.3 D16

### A)   TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.0 hours DUAL XC | 1.0/0.5 | NAV LOG PRIOR TO FLIGHT |

### B)   OBJECTIVES:

To Introduce advanced take-off and landings as well as cross-country operations by:

1.  Introduce short Field takeoff and landing.
2.  Introduce VFR navigation: use of sectional charts, navigation log, flight plan form, weather briefing.
3.  ATC services including: Opening, closing, and amending flight plan with Flight service station andVFR flight following.
4.  Introduce Pilotage and dead reckoning.

### C)   LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Short field takeoff | 1 | 2 | 3 | 4 |
| 2 | VFR Navigation | 1 | 2 | 3 | 4 |
| 3 | Pilotage and Dead-Reckoning | 1 | 2 | 3 | 4 |
| 4 | Uncontrolled airport entry and operations | 1 | 2 | 3 | 4 |
| 5 | Short field landing | 1 | 2 | 3 | 4 |
| REVIEW/PRACTICE | | | | | |
| 6 | Preflight prep – Wx, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 7 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 8 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 9 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 10 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 11 | ATC Communications | 1 | 2 | 3 | 4 |
| 12 | Taxiing | 1 | 2 | 3 | 4 |
| 13 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 14 | Normal Landing | 1 | 2 | 3 | 4 |
| 15 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D)   COMPLETION STANDARDS:

1.  Perform unassisted short field takeoff while maintaining proper control inputs for crosswind and centerline control.
2.  Student will be able to perform pre-flight planning including selection of route and checkpoints, preparation of VFR navigation log, flight plan form, and weather analysis with minimal instructor assistance.
3.  Student performs VFR navigation by using Pilotage and Dead-Reckoning.
4.  Introduced to knowledge of use of radio navigation aids.
5.  Student accomplishes short field landings within 400 ft beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landingpath.
6.  Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 8.4 D17

### A)  A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.5 hours DUAL XC | 1.0/0.5 | NAV LOG PRIOR TO |

### B)  OBJECTIVES

To increase proficiency in advanced take-off and landings as well as cross-country operations by:
1.  Practice short Field takeoff and landing.
2.  Perform VFR navigation: use of sectional charts, navigation log, flight plan form, weather briefingservice station and VFR flight following.
3.  Utilize ATC services including: Opening, closing and amending flight plan with Flight Service.
4.  Perform Pilotage and dead reckoning.
5.  Introduce diversions.

### C)  LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Diversion | 1 | 2 | 3 | 4 |
| 2 | Radio navigation aids | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 3 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 4 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 5 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 6 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 7 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 8 | ATC Communications | 1 | 2 | 3 | 4 |
| 9 | Taxiing | 1 | 2 | 3 | 4 |
| 10 | Short field takeoff | 1 | 2 | 3 | 4 |
| 11 | VFR Navigation | 1 | 2 | 3 | 4 |
| 12 | Pilotage and Dead-Reckoning | 1 | 2 | 3 | 4 |
| 13 | Uncontrolled airport entry and operations | 1 | 2 | 3 | 4 |
| 14 | Short field landing | 1 | 2 | 3 | 4 |
| 15 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 16 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D)  COMPLETION STANDARDS:

1.  Perform short field takeoff to the criteria specified in the Private Pilot Airman Certification Standards.
2.  Student will be able to perform pre-flight planning including selection of route and checkpoints, preparation of VFR navigation log, flight plan form, and weather analysis with no instructor assistance.
3.  Student performs VFR navigation by using Pilotage and Dead-Reckoning.
4.  Student demonstrates improved Aeronautical Decision Making and learns to recognize developing critical scenario's and situations leading to diversions.
5.  Student demonstrates the ability to make proper diversion decisions.
6.  Develop knowledge and use of radio navigation aids.
7.  Student accomplishes short field landings within 400 ft beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landingpath.
8.  Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 8.5 ND18

**A) TRAINING DEVICE: AIRCRAFT**

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.0 hours DUAL NIGHT | 0.5/0.5 | BRING FLASHLIGHT |

**B) OBJECTIVES:**

To introduce night operations and night take-off and landings by:

1. Introduction to night flight.
2. Course minimum – minimum of 7 and up to 10 local night landings to a full stop.
3. Emphasis on coordination in the traffic pattern and spin avoidance.

**C) LESSON TASK ITEMS:**

| INTRODUCE/DEMONSTRATE | | | | | |
|--|--|--|--|--|--|
| 1 | Night operations | 1 | 2 | 3 | 4 |
| 2 | Night orientation and visual effects | 1 | 2 | 3 | 4 |
| 3 | CFIT avoidance and prevention | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 4 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 5 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 6 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 7 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 8 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 9 | ATC Communications | 1 | 2 | 3 | 4 |
| 10 | Taxiing | 1 | 2 | 3 | 4 |
| 11 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 12 | Normal Landing | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

**D) COMPLETION STANDARDS:**

1. Student develops an understanding of special pre-flight considerations and cockpit management necessary to conduct night flight.
2. Student develops an understanding of situational and positional awareness, orientation, terrain,and obstacle avoidance.
3. Student completed minimum 7 takeoff and landings to a full stop with a flight in a traffic pattern at an airport with an operating control tower.
4. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 8.6 ND19

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.5 hours DUAL NIGHT XC | 0.5/0.5 | 100 NM XC |

### B) OBJECTIVES:

To introduce cross-country operations at night as well as night related illusions by:

1. Pilot increases competency in cross country flight operations at night to include navigation planning, VFR navigation, radio aids to navigation, services available to pilots and Aeronautical Decision Making.
2. Pilot completes required 100 NM Night Dual cross country.
3. Course minimum – by the completion of this lesson, student will have completed the Private Pilot requirements for night landings.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Night VFR Navigation of at least 100 NM | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 2 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 3 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 4 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 5 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 6 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 7 | ATC Communications | 1 | 2 | 3 | 4 |
| 8 | Taxiing | 1 | 2 | 3 | 4 |
| 9 | Night operations | 1 | 2 | 3 | 4 |
| 10 | Night orientation and visual effects | 1 | 2 | 3 | 4 |
| 11 | CFIT avoidance and prevention | 1 | 2 | 3 | 4 |
| 12 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 13 | Normal Landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Student demonstrates special pre-flight considerations and cockpit management necessary toconduct night flight.
2. Student demonstrates situational and positional awareness, orientation, terrain, and obstacleavoidance.
3. Student completes 100 NM night dual cross country.
4. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 8.7 D20

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT | NOTE |
|---------|-----------------|-----------------|------|
| PF/IP | 2.0 hours Dual XC – 0.5 hours simulated IR | 0.5/0.5 | BRING HOOD |

### B) OBJECTIVES:

To introduce flight by reference to instruments and increase proficiency in cross-country operations by:

1. Introduce student to Unusual flight attitudes in both visual and simulated instrument conditions.
2. VFR Navigation and diversions.
3. Introduce lost procedures.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| 1 | Unusual flight attitudes (VR and IR) | 1 | 2 | 3 | 4 |
| 3 | Lost procedures | 1 | 2 | 3 | 4 |
| **REVIEW/PRACTICE** | | | | | |
| 4 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 5 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 6 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 7 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 8 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 9 | ATC Communications | 1 | 2 | 3 | 4 |
| 10 | Taxiing | 1 | 2 | 3 | 4 |
| 11 | Short field takeoff | 1 | 2 | 3 | 4 |
| 12 | Soft field takeoff | 1 | 2 | 3 | 4 |
| 13 | VFR Navigation | 1 | 2 | 3 | 4 |
| 14 | Uncontrolled airport entry and operations | 1 | 2 | 3 | 4 |
| 15 | Short field landing | 1 | 2 | 3 | 4 |
| 16 | Soft field landing | 1 | 2 | 3 | 4 |
| 17 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Perform soft field takeoff to the criteria specified in the Private Pilot Airman Certification Standards.
2. Perform short field takeoff to the criteria specified in the Private Pilot Airman Certification Standards.
3. Student will be able to perform proper pre-flight planning including selection of route and checkpoints, preparation of VFR navigation log, flight plan form, and weather analysis with no instructor assistance.
4. Student performs VFR navigation by using Pilotage and Dead-Reckoning and arrives at waypoints within 5 minutes of ETA.
5. Student demonstrates Aeronautical Decision Making and the ability to recognize developing critical scenario's and situations leading to diversions.
6. Student demonstrates the ability to make proper diversion.
7. Demonstrates knowledge and use of radionavigation aids.
8. Student accomplishes soft field landings with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.
9. Student accomplishes short field landings within 300 ft beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.
10. Develop understanding of scenarios that lead to unusual attitude entries.
11. Develop understanding of unusual attitude recovery procedures with increasing proficiency in prompt recoveries.
12. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 8.8 C21

**A) TRAINING DEVICE: AIRCRAFT**

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.0 hours DUAL 0.3 hours simulated IR | 1.0/0.5 | Stage 2 Check PF MUST REQUEST XC ROUTE DAY PRIOR TO CHECK |

**B) OBJECTIVES:**

To check student's readiness for solo flight by:
1. Evaluate VFR flight planning.
2. Evaluate VFR Navigation including pilotage and dead reckoning.
3. Evaluate VFR diversions.
4. Evaluate Pilot workload management and problem solving & decision making.
5. Evaluate ability to safely demonstrate uncontrolled airport entry and traffic pattern operations.

**C) LESSON TASK ITEMS:**

| EVALUATE | | | | |
|---|---|---|---|---|
| 1 Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 ATC Communications | 1 | 2 | 3 | 4 |
| 7 Taxiing | 1 | 2 | 3 | 4 |
| 8 Normal takeoff | 1 | 2 | 3 | 4 |
| 9 VFR Navigation | 1 | 2 | 3 | 4 |
| 10 Pilotage and Dead reckoning | 1 | 2 | 3 | 4 |
| 11 Diversions | 1 | 2 | 3 | 4 |
| 12 Basic Attitude Instrument flying | 1 | 2 | 3 | 4 |
| 13 Traffic pattern operations | 1 | 2 | 3 | 4 |
| 14 Go-arounds | 1 | 2 | 3 | 4 |
| 15 Normal landing | 1 | 2 | 3 | 4 |
| 16 Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

**D) COMPLETION STANDARD:**

1. Demonstrate proper VFR flight planning.
2. Demonstrate proper VFR Navigation including pilotage and dead reckoning and arrives at waypoints within 5 minutes of ETA.
3. Demonstrate safe diversion technique.
4. Demonstrate uncontrolled airport entry and traffic pattern operations.
5. Demonstrate safe Basic Attitude Instrument flying.
6. Demonstrate safe go around procedures including aeronautical decision making.
7. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.

### 9. STAGE THREE OBJECTIVE

Students will complete required solo cross—country VFR navigation flights, and will review and practice maneuvers and tasks in preparation for the FAA Private Pilot Airplane Practical Test.

### STAGE THREE COMPLETION STANDARD

At the end this stage the student will be able to:

- Conduct solo VFR cross country flights.
- Fly basic maneuvers by sole reference to instruments to FAA ACS standard.
- Satisfactorily demonstrate that they can exercise the privileges of a Private Pilot Airplane.
- Demonstrate Aeronautical Decision-Making capability.

Students will have completed Stage Three of the Flight Training Syllabus when they have satisfactorily completed the End Of Course Test.



## Practical Training Lesson

### 9.1 DS22

#### A)  AIRCRAFT TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---|---|---|---|
| PF/IP | 0.8 hours DUAL<br>0.7 hours Solo/PIC | 1.0/0.5 | First supervised solo |

#### B)  OBJECTIVES:

To achieve first solo flight by:

1.  Dual and solo pattern, full-stop taxi back.
2.  Perform takeoff and landing practice with the authorizing instructor to determine readiness for solo.
3.  First supervised solo.

#### C)  LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 10 | Full stop taxi backs | 1 | 2 | 3 | 4 |
| 11 | Normal landing | 1 | 2 | 3 | 4 |
| 12 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

#### D)  COMPLETION STANDARDS:

1.  Pilot demonstrates safe understanding of local airport and airspace rules.
2.  Pilot demonstrates confidence and deemed ready for solo flight.
3.  Pilot receives logbook endorsements from the instructor in accordance with 14 CFR 61.87.
4.  Student Pilot safely performs 1 full-stop solo landing under supervision of instructor.
5.  Ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.2 DS23

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 0.8 hours DUAL<br>0.7 PIC | 0.5/0.5 | |

### B)  OBJECTIVES

To ensure consistency in safe aircraft operation for additional solo flights by:
1. Dual and solo pattern, full-stop taxi backs.
2. Perform takeoff and landing practice with the Student pilot to determine readiness for solo.
3. Pilot safely performs 3 full-stop solo landings under supervision of Instructor.

### C)  LESSON TASK ITEMS

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Traffic pattern operations | 1 | 2 | 3 | 4 |
| 10 | Full stop taxi backs | 1 | 2 | 3 | 4 |
| 11 | Normal landing | 1 | 2 | 3 | 4 |
| 12 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D)  COMPLETION STANDARDS:

1. Student pilot completes a minimum of 3 full-stop solo landings under supervision of instructor.
2. Ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.3 D24

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL<br>1.0 hours simulated IR | 0.5/0.5 | BRING HOOD |

### B) OBJECTIVES:

To review basic flight by reference to instruments by:
1. Review Basic Attitude Instrument flying in simulated IFR conditions.
2. Review straight and level flight, climbs, descents, and medium bank turns in simulated IFR conditions.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | | |
|---|---|---|---|---|---|
| None | | | | | |
| **REVIEW/PRACTICE** | | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Short field takeoff | 1 | 2 | 3 | 4 |
| 9 | Short field landing | 1 | 2 | 3 | 4 |
| 10 | Basic Attitude Instrument flying | 1 | 2 | 3 | 4 |
| 11 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Perform short field takeoff to the criteria specified in the Private Pilot Airman Certification Standards.
2. Performs Basic Attitude Instrument flying by flying by sole refence to the flight instruments, using a view limiting device and by being able to perform straight and level flight, climbs, descents and medium bank turns within altitude of +/- 200 ft, rollout on the assigned heading +/-20 degrees, airspeed +/- 10 knots and while in a turn maintain standard rate bank angle.
3. Student accomplishes short field landings within 200 ft beyond or on the specified point, with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landingpath.
4. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.4 S25

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF | 2.0 hours Solo XC/PIC | 0.5/0.5 | SOLO CROSS COUNTRY |

### B) OBJECTIVES:

To safely conduct solo cross-country flight by:

1. Course minimum – solo navigation flight must be planned for navigation flight of at least 50 NM.
2. Approved routes must be used (reference Appendix 1), alternate routes must be approved by the Chief or Assistant Chief Instructor.
3. Pilot demonstrates ability to plan VFR navigation flights.
4. Pilot demonstrates ability to perform solo cross-country.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Proper activating and closing of flight plan | 1 | 2 | 3 | 4 |
| 10 | VFR Navigation | 1 | 2 | 3 | 4 |
| 11 | Pilotage and dead reckoning | 1 | 2 | 3 | 4 |
| 12 | Normal landing | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Pilot demonstrates accurate planning and conducts solo cross-country flight.
2. Pilot activates and closes flight plan, can use flight following if necessary.
3. Pilot obtains standard weather briefing prior to flight.
4. Pilot maintains navigation log by using pilotage and dead reckoning.
5. Ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.5 S26

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---|---|---|---|
| PF | 2.0 hours Solo XC/PIC | 0.5/0.5 | SOLO CROSS COUNTRY |

### B) OBJECTIVES:

To safely conduct solo cross-country flight by:

1. Course minimum – solo navigation flight must be planned for navigation flight of at least 50 NM.
2. Approved routes must be used (reference Appendix 1), alternate routes must be approved by the Chief or Assistant Chief Instructor.
3. Pilot demonstrates ability to plan VFR navigation flights.
4. Pilot demonstrates ability to perform solo cross-country.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Proper activating and closing of flight plan | 1 | 2 | 3 | 4 |
| 10 | VFR Navigation | 1 | 2 | 3 | 4 |
| 11 | Pilotage and dead reckoning | 1 | 2 | 3 | 4 |
| 12 | Normal landing | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Pilot demonstrates accurate planning and conducts solo cross-country-flight.
2. Pilot activates and closes flight plan, can use flight following if necessary.
3. Pilot obtains standard weather briefing prior to flight.
4. Pilot maintains navigation log by using pilotage and dead reckoning.
5. Ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.6 S27

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF | 4.5 hours Solo XC/PIC | 0.5/0.5 | SOLO CROSS COUNTRY |

### B) OBJECTIVES:

To safely conduct solo cross-country flight by:

1. Course minimum – solo navigation flight must be planned for navigation flight greater than 100 NM total distance, with landings at 3 points: one straight-line segment greater than 50 NM.
2. Approved routes must be used (reference Appendix 1), alternate routes must be approved by the Chief or Assistant Chief Instructor.
3. Pilot demonstrates ability to plan VFR navigation flights.
4. Pilot demonstrates ability to perform solo cross-country.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Normal takeoff | 1 | 2 | 3 | 4 |
| 9 | Proper activating and closing of flight plan | 1 | 2 | 3 | 4 |
| 10 | VFR Navigation of at least 100 nm with landings at 3 airports and 1 segment of at least 50 nm straight line distance | 1 | 2 | 3 | 4 |
| 11 | Pilotage and dead reckoning | 1 | 2 | 3 | 4 |
| 12 | Normal landing | 1 | 2 | 3 | 4 |
| 13 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Pilot demonstrates accurate planning and conducts solo cross-country flight greater than 100 NM total distance, with landings at 3 points: one straight-line segment greater than 50 NM.
2. Pilot activates and closes flight plan, can use flight following if necessary.
3. Pilot obtains standard weather briefing prior to flight.
4. Pilot maintains navigation log by using pilotage and dead reckoning.
5. Ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.7 D28

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL<br>0.5 hours simulated IR | 0.5/0.5 | BRING HOOD |

### B) OBJECTIVES:

To increase proficiency in all previously introduced items in preparation for the end of course by:
1. Review and practice unusual attitudes and recoveries in visual and simulated IFR conditions.
2. Review power-off stalls in the clean and landing configuration.
3. Review power-on stalls.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Soft field takeoff | 1 | 2 | 3 | 4 |
| 9 | Power-off stall (clean and landing configuration) | 1 | 2 | 3 | 4 |
| 10 | Power-on stall | 1 | 2 | 3 | 4 |
| 11 | Unusual flight attitudes | 1 | 2 | 3 | 4 |
| 12 | Unusual flight attitudes (IR) | 1 | 2 | 32 | 4 |
| 13 | Soft field landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Perform soft field takeoff to the criteria specified in the Private Pilot Airman Certification Standards.
2. Student will be able to perform Unusual attitude recoveries to the Private Pilot Airman Certification Standards.
3. Student demonstrates power-off stalls setup, entry, and recovery in both the clean and landingconfiguration up to the Airman Certification Standards.
4. Student demonstrates power-on stalls setup, entry, and recovery in both the clean and landingconfiguration up to the Airman Certification Standards.
5. Student accomplishes soft field landings with no side drift, and with the airplane's longitudinal axis aligned with and over the runway center/landing path.
6. Demonstrate ability to hold altitude +/- 100 feet and heading within +/- 10 degrees and airspeed within +/- 10 knots.



## 9.8 D29

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 1.5 hours DUAL<br>0.2 hours simulated IR | 0.5/0.5 | BRING HOOD |

### B) OBJECTIVES:

To increase proficiency in all previously introduced items in preparation for the end of course by:
1. Preparation for the FAA Private Pilot Airplane Single-engine Land Practical Test.
2. Review and practice basic flight maneuvers under IR (attitude instrument flying, turns to headings, constant rate/constant airspeed climbs and descents, altitude, and airspeed control).

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Short field takeoff | 1 | 2 | 3 | 4 |
| 9 | Power-off stall (clean and landing configuration) | 1 | 2 | 3 | 4 |
| 10 | Power-on stall | 1 | 2 | 3 | 4 |
| 11 | Steep turns | 1 | 2 | 3 | 4 |
| 12 | Unusual flight attitudes (VR and IR) | 1 | 2 | 3 | 4 |
| 13 | Basic attitude instrument flying | 1 | 2 | 3 | 4 |
| 14 | Short field landing | 1 | 2 | 3 | 4 |
| 15 | Normal landing | 1 | 2 | 3 | 4 |
| 16 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Pilot demonstrates proficiency in the Private Pilot Airman Certification Standards in all tasks.



## 9.9 D30

### A) TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|----------------|--------------------------|------|
| PF/IP | 2.0 hours DUAL<br>0.2 hours simulated IR | 0.5/0.5 | BRING HOOD |

### B) OBJECTIVES:

To increase proficiency in all previously introduced items in preparation for the end of course by:

1. Preparation for the FAA Private Pilot Airplane Single-engine Land Practical Test.

### C) LESSON TASK ITEMS:

| INTRODUCE/DEMONSTRATE | | | | |
|---|---|---|---|---|
| None | | | | |
| **REVIEW/PRACTICE** | | | | |
| 1 | Preflight prep – WX, NOTAMS, TFR's | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Soft field takeoff | 1 | 2 | 3 | 4 |
| 9 | Abnormal procedures | 1 | 2 | 3 | 4 |
| 10 | Emergency procedures | 1 | 2 | 3 | 4 |
| 11 | Ground reference maneuvers | 1 | 2 | 3 | 4 |
| 12 | Basic attitude instrument flying | 1 | 2 | 3 | 4 |
| 13 | Soft field landing | 1 | 2 | 3 | 4 |
| 14 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D) COMPLETION STANDARDS:

1. Pilot demonstrates proficiency in the Private Pilot Airman Certification Standards in all tasks.



## 9.10 Oral Briefing 3

**A) TRAINING DEVICE: NONE**

| RESOURCE | LESSON DURATION |
|---|---|
| Classroom setting or briefing room | 2.0 hours |

**B)  OBJECTIVES:**

1.  Prior to End Of Course Test – review all applicable areas and tasks as specified in the FAA Private Pilot - Airplane Airman Certification Standards.
2.  Review all deficiencies from the FAA Private Pilot Airplane Airman Knowledge Test.
    a.  NOTE: After this objective has been complete, the authorized instructor must issue the appropriate logbook endorsement.


## 9.11C31 ORAL

**A)  TRAINING DEVICE: NONE**

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.0 hours | NA | End of Course Test PF MUST REQUEST XC ROUTE DAY PRIOR TO CHECK |

**B)  OBJECTIVES:**

To evaluate student readiness for the Private pilot airplane single engine practical test by:

1.  Stage Three check – meet FAA Private Pilot Airman Certification Standards.

**C)  LESSON TASK ITEMS:**

| EVALUATE | | | | | |
|---|---|---|---|---|---|
| 1 | All Appropriate areas per the FAA Private Pilot Airman Certification Standards | 1 | 2 | 3 | 4 |

**D)  COMPLETION STANDARDS:**

1.  Pilot demonstrates proficiency in the Private Pilot Airman Certification Standards in all tasks.



## 9.12 C31 FLIGHT

### A)   TRAINING DEVICE: AIRCRAFT

| PAIRING | LESSON DURATION | PRE/POST FLIGHT BRIEFING | NOTE |
|---------|-----------------|--------------------------|------|
| PF/IP | 2.0 hours Dual<br>0.3 hours Simulated IR | 0.5/0.5 | End of Course Test<br>PF MUST REQUEST XC ROUTE DAY PRIOR TO CHECK |

### B)   OBJECTIVES:

To evaluate student readiness for the Private pilot airplane single engine practical test by:
1.  End of Course Test – meet FAA Private Pilot Airman Certification Standards.

### C)   LESSON TASK ITEMS:

| EVALUATE | | | | | |
|---|---|---|---|---|---|
| 1 | Preflight prep – WX, NOTAMS, TFR's, VFR flight planning | 1 | 2 | 3 | 4 |
| 2 | Weight and Balance, performance planning | 1 | 2 | 3 | 4 |
| 3 | Preflight visual inspection & aircraft servicing | 1 | 2 | 3 | 4 |
| 4 | Engine start, ground operations & runup | 1 | 2 | 3 | 4 |
| 5 | Airport, runway, taxiway signs markings and lighting | 1 | 2 | 3 | 4 |
| 6 | ATC Communications | 1 | 2 | 3 | 4 |
| 7 | Taxiing | 1 | 2 | 3 | 4 |
| 8 | Soft field takeoff | 1 | 2 | 3 | 4 |
| 9 | Short field takeoff | 1 | 2 | 3 | 4 |
| 10 | VFR Navigation | 1 | 2 | 3 | 4 |
| 11 | Diversion | 1 | 2 | 3 | 4 |
| 12 | Slow flight (clean and landing configuration) | 1 | 2 | 3 | 4 |
| 13 | Power-off stall (clean and landing configuration) | 1 | 2 | 3 | 4 |
| 14 | Power-on stall | 1 | 2 | 3 | 4 |
| 15 | Steep turns | 1 | 2 | 3 | 4 |
| 16 | Abnormal procedures | 1 | 2 | 3 | 4 |
| 17 | Emergency procedures | 1 | 2 | 3 | 4 |
| 18 | Ground reference maneuvers | 1 | 2 | 3 | 4 |
| 19 | Basic attitude instrument flying | 1 | 2 | 3 | 4 |
| 20 | Unusual attitudes | 1 | 2 | 3 | 4 |
| 21 | Soft field landing | 1 | 2 | 3 | 4 |
| 22 | Short field landing | 1 | 2 | 3 | 4 |
| 23 | Aircraft parking, securing and post-flight procedures | 1 | 2 | 3 | 4 |

### D)   COMPLETION STANDARDS:

1.  All tasks must be performed to the FAA Airman Certification Standards for the Private Pilot Airplane Practical Test.



## 10. APP-1 APPENDIX 1

Approved routes for solo Cross-country flight:

**Northbound Routes**

- KFFZ-E25-KFFZ
- KFFZ-KHII-KFFZ

**Southbound Routes**

- KFFZ-KAVQ-KFFZ
- KFFZ-KRYN-KFFZ
- KFFZ-E95-KFFZ

**Eastbound Routes**

- None

**Westbound Routes**

- KFFZ-E63-KFFZ
- KFFZ-KNYL-KFFZ
- KFFZ-KBLH-KFFZ

**Long Solo Cross-Country Routes**

- KFFZ-KAVQ-E63-KFFZ
- KFFZ-E25-E63-KFFZ
- KFFZ-KRYN-KAVQ-KFFZ