UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES URQUHART, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>CAE OXFORD AVIATION ACADEMY PHOENIX INC. and JETBLUE AIRWAYS CORPORATION,<br><br>      Defendants. | Case No. 1:22-cv-5248-KPF<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Urquhart, by and through his undersigned counsel of record, hereby dismisses his claims against Defendants CAE Oxford Aviation Academy Phoenix Inc. and JetBlue Airways Corporation with prejudice.

Dated: November 21, 2022     **BURSOR & FISHER, P.A.**

                  By: */s/ Max S, Roberts*
                     Max S. Roberts

                  Max S. Roberts
                  888 Seventh Avenue, Third Floor
                  New York, NY 10019
                  Telephone: (646) 837-7150
                  Facsimile: (212) 989-9163
                  E-Mail: mroberts@bursor.com

                  *Attorneys for Plaintiff*